UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                          Case No. 3:22-cr-72

vs.

AMANDA ROBERTSON,                  District Judge Michael J. Newman

    Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 11)**

---

This criminal case is before the Court on the report and recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Amanda Robertson's guilty plea.  Doc. No. 11.  There being no objections, the Court **ADOPTS** the report and recommendation in full.  The Court accepts Ms. Robertson's plea of guilty as charged in the information currently pending against her and finds her guilty as charged of conversion of supplemental security income benefits by a representative payee, in violation of 42 U.S.C. § 1383a(a)(4).  *See id.*; Doc. No. 3.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **November 30, 2022 at 3:00 PM**.

    IT IS SO ORDERED.

  October 7, 2022                                s/Michael J. Newman
                                                       Hon. Michael J. Newman
                                                       United States District Judge